1
2
3
4
5
6

Lewis Jubran, Esq. (CA Bar no. 337336)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiffs

7

## UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9

| 10 11 12 | Jose Tufic Ibrahim, Eman Makhlouf De Tufic; Alondra Tufic Makhlouf; Vanessa Tufic Makhlouf; Yoselin Tufic Makhlouf | Case No.: |
|---|---|---|
| 13 | Plaintiffs, | COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |
| 14 | vs. | |
| 15 16 17 18 19 20 21 22 23 24 25 26 | **United States Department of Homeland Security; United States Citizenship and Immigration Services; Alejandro Mayorkas,** Secretary, Department of Homeland Security; **Ur M. Jaddou,** Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** Associate Director of Refugee, Asylum, and International Operations; **San Francisco Asylum Office; Danielle Lehman,** Director of the San Francisco Asylum Office; **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate; **Christopher A. Wray,** Director of Federal Bureau of Investigations

Defendants. | |

27
28

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 1

## INTRODUCTION

1.   This action is brought by Plaintiffs Jose Tufic Ibrahim; Eman Makhlouf, Alondra Tufic Makhlouf, Vanessa Tufic Makhlouf and Yoselin Tufic Makhlouf, by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of July 21, 2017, and which has still not been called for an interview.

2.   On July 21, 2017, Plaintiff Jose Tufic Ibrahim filed an I-589 Application for Asylum and for Withholding of Removal with Defendant United States Citizenship and Immigration Services. **(Exhibit A- I-589 Application for Asylum and Withholding of Removal and Acknowledgement of Receipt).**   The asylum case was assigned to the Miami Asylum office to be processed and scheduled for an asylum interview.

3.   Subsequent to the date that Mohamed M. Bustani filed his I-589 Application for Asylum and Withholding of Removal, he relocated from his residence in Miami, Florida which is in the geographic jurisdiction of the Miami Asylum Office to Bakersfield, California which is the geographic jurisdiction of the San Francisco Asylum Office.  On July 21, 2023 the Miami Asylum Office sent an e-mail to Plaintiff Jose Tufic Ibrahim which confirmed that Plaintiff's pending asylum case had been transferred to the Defendant San Francisco Asylum office. **(Exhibit B – July 21, 2023 letter from Miami Asylum Office).**

4.   Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff Jose Tufic Ibrahim's asylum application for an interview which has been

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

pending now for over six years.  Plaintiffs seek to compel Defendants, through a writ of

mandamus, to schedule an interview(s) for the pending asylum application.

## PARTIES

5.  Plaintiff JOSE TUFIC IBRAHIM is a citizen of Venezuela.   Plaintiff Jose Tufic Ibrahim

filed his I-589 Application for Asylum and Withholding of Removal on July 21, 2017.

6.  Plaintiff EMAN MAKHLOUF DE TUFIC is a citizen of Venezuela and is the spouse of

Jose Tufic Ibrahim and is a derivative applicant on her spouse's I-589 Application for Asylum

and Withholding of Removal.

7.  Plaintiffs ALONDRA TUFIC MAKHLOUF, VANESSA TUFIC MAKHLOUF and

YOSELIN TUFIC MAKHLOUF are the minor children of Plaintiffs Jose Tufic Ibrahim and

Eman Makhlouf De Tufic and are also listed as derivative applicants on their father's I-589

Application for Asylum and Withholding of Removal.

8.  Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY

(hereinafter "DHS") is an agency of the United States government involved in the acts

challenged, employs the officers named as defendants, and includes the U.S. Citizenship and

Immigration Services and the officers named as defendants in this complaint.

9.  Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

(hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing

the officers named as defendants in this Complaint.

10. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the

Secretary of the Department of Homeland Security.  This suit is brought against Secretary

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 3

Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

11. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

12. Defendant TED H. KIM (hereinafter "Acting Associate Director Kim") is the Acting Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Acting Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, and requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

13. Defendant SAN FRANCISCO ASYLUM OFFICE (hereinafter "San Francisco Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff Jose Tufic Ibrahim's asylum application.

14. Defendant DANIELLE LEHMAN (hereinafter "Director Lehman") is the director of the San Francisco Asylum office. This suit is brought against Director Lehman in her official capacity, as she is charged overseeing the adjudication of the asylum applications at the San Francisco Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

15.  Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate.  This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system.  Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication.  Upon information and belief, USCIS has not processed Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

16. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations.  This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

17. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes."  5 U.S.C. § 702.  Plaintiffs suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

18. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 5

Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

19. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted."

20. The presumption favoring judicial review is well-settled and it has been applied in the context of immigration law. See *Kucana v Holder,* 558 U.S. 233, 251 (2010). In *Kucana* at 252, the Supreme Court noted that it is assumed that Congress legislates with knowledge of this presumption. Such presumption can only be overcome when "the congressional intent to preclude judicial review is fairly discernable in the statutory scheme". *Block v Cmty. Nutrition Inst.,* 467 U.S. 340, 351, 104 S. Ct. 2450, 81 L.Ed. 2d 270 (1984).

21. The authority of an alien to apply for asylum is found at 11 U.S.C. §1158(a) which states that:     "An alien who is physically present in the United States or who arrives in the
United States (whether of not at a designated port of arrival and including an
alien who is brought to the United States after having been interdicted in
international or United States waters) irrespective of such alien's status, may
apply for asylum in accordance with this section, or where applicable,
section 1225(b) of this title"

11 U.S.C. §1158(a) does not contain any language barring a private right of action

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 6

under the APA.   Plaintiffs contend that this Court may properly review the claims for relief herein because the limitation on a private right of action applies only to 11 U.S.C. §1158(d), and in this case, their right to have their claim for asylum timely scheduled is premised upon 11 U.S.C. §1158(a), not 11 U.S.C. §1158(d).

22. Courts have found that claimants whose applications have been unreasonably delayed may be afforded relief under the Administrative Procedure Act's requirements that agencies must adjudicate within a reasonable period of time.   See *Dae Hyun Kim v Ashcroft*, 340 F.2d Supp. 384, 393 (S.D.N.Y 2004) "Moreover, although there is no statutory or regulatory deadline by which USCIS must adjudicate an application, at some point, Defendants failure to take any action runs afoul of Section 555(b) [APA]; *Villa v DHS*, 607 F. Supp. 2d 359, 35 (N.D.N.Y. 2009) finding that pursuant to 5 U.S.C. §555 (b) of the APA, USCIS must adjudicate applications within a reasonable period of time.   Because the APA provides an independent basis for federal jurisdiction from 8 U.S.C. §1158(d)(7), this Court has jurisdiction to hear the subject Complaint.

## VENUE

23. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e)(1), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.   Plaintiff contends that a substantial part of the events which give rise to the subject claim occurred in this judicial district.  No real property is involved in this action.  Therefore, venue is proper in this Court.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

## EXHAUSTION OF REMEDIES

**24.** Plaintiffs have no administrative remedies.  Since Plaintiff Jose Tufic Ibrahim filed his I-589 Application for Asylum and Withholding of Removal on July 21, 2017, he has received no correspondence or communications whatsoever from Defendants about the pending asylum application and when it will be scheduled for an interview.   There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

25. Pursuant to 8 U.S.C. §1158, Plaintiff Jose Tufic Ibrahim filed an Application for Asylum and Withholding of Removal with Defendant United States Citizenship and Immigration Services on July 21, 2017.   (**Exhibit A – I-589 Application for Asylum and Withholding of Removal and Acknowledgement of Receipt**).    Since that date, he has received no further communications or information from any Defendants about when his asylum interview would be scheduled or how much longer he would have to wait to have his interview scheduled, rather, there has been a complete lack of communication from Defendants.  Plaintiffs therefore have no way of knowing how much longer the scheduling process will take.

26. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

27. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

28. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii). It has been more than six years since Plaintiff Jose Tufic Ibrahim applied for Asylum and his case has still not been scheduled for an interview.

29. Plaintiff has no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled for an interview and adjudicated.

31. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

32. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

33. Plaintiffs' claim in this action is clear and certain. Plaintiffs reallege paragraphs 1 through 32, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

34. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

a. Plaintiffs have been irreparably damaged from the fear of not knowing what will happen with the asylum case for the past six years. They have been constantly hoping for a date to interview for the application for asylum, so they would not have to worry about their

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 9

future.  Because of the long wait and unknowing, Plaintiff is enduring significant

psychological damage.

b. The delay is causing irreparable harm to Plaintiffs who are not able to continue with their

lives in the United States without fear of returning to Venezuela, a country where they

will more likely than not be persecuted, tortured, or killed.

35. The Defendants, in violation of the Administrative Procedures Act, are unlawfully

withholding or unreasonably delaying action on Plaintiff Jose Tufic Ibrahim's application, and

have failed to carry out the non-discretionary adjudicative functions delegated to them by law

with regard to his case.

36. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R.

42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Jose Tufic

Ibrahim's application and have failed to carry out the non-discretionary adjudicative functions

delegated to them by law with regard to his case.

37. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as

to be free from doubt that mandamus is appropriate.

38. Plaintiff Jose Tufic Ibrahim has attempted to learn about the status of his pending Asylum

and Withholding of Removal application, all to no avail.  Only Defendant San Francisco Asylum

Office is able to make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiffs have been forced to pursue the instant action.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 10

## **PRAYER**

39. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.   Accept jurisdiction and maintain continuing jurisdiction of this action;

    b.   Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

    c.   Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

    d.   Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Jose Tufic Ibrahim's Asylum and Withholding of Removal application by promptly scheduling his interview and then timely adjudicating his case;

    e.   Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

    f.   Grant such other relief at law and in equity as justice may require.

    Dated this August 15, 2023           Respectfully Submitted,

                                       /s/ Lewis Jubran

                                       Lewis Jubran, Esq.
                                       Counsel for Plaintiffs

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY RELIEF AND FOR A

# WRIT IN THE NATURE OF IMMIGRATION MANDAMUS

## TUFIC IBRAHIM v UNITED STATES DEPARTMENT OF HOMELAND SECURITY

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | I589 Application for Asylum and Withholding of Removal and Acknowledgment of Receipt | 1-13 |
| B | July 21, 2023 letter from Miami Asylum Office | 14 |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 12

**EXHIBIT A**

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

**I-589, Application for Asylum
and for Withholding of Removal**

START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.

NOTE: Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☒

| Part A.I. Information About You | | | |
|---|---|---|---|
| 1. Alien Registration Number(s) (A-Number) (if any)<br>N/A | | 2. U.S. Social Security Number (if any)<br>N/A | |
| 3. Complete Last Name<br>Tufic Ibrahim | 4. First Name<br>Jose | | 5. Middle Name<br>Issa |

6. What other names have you used (include maiden name and aliases)?
N/A

7. Residence in the U.S. (where you physically reside)

| Street Number and Name<br>4920 NW 79th ave | | | Apt. Number<br>210 |
|---|---|---|---|
| City<br>Doral | State<br>Florida | Zip Code<br>33166 | Telephone Number<br>( 661 ) 421-6277 |

8. Mailing Address in the U.S. (if different than the address in Item Number 7)

| In Care Of (if applicable): | | Telephone Number<br>( ) |
|---|---|---|
| Street Number and Name | | Apt. Number |
| City | State | Zip Code |

9. Gender: ☒ Male  ☐ Female  10. Marital Status: ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed

| 11. Date of Birth (mm/dd/yyyy)<br>09/09/1968 | 12. City and Country of Birth<br>Cuidad Bolivar Venezuela | | |
|---|---|---|---|
| 13. Present Nationality (Citizenship)<br>Venezuelan | 14. Nationality at Birth<br>Venezuelan | 15. Race, Ethnic, or Tribal Group<br>Hispanic | 16. Religion<br>Catholic |

17. Check the box, a through c, that applies: a. ☒ I have never been in Immigration Court proceedings.

   b. ☐ I am now in Immigration Court proceedings.  c. ☐ I am not now in Immigration Court proceedings, but I have been in the past.

18. Complete 18 a through c.

   a. When did you last leave your country? (mm/dd/yyyy) 08/16/2015  b. What is your current I-94 Number, if any? 71137210030

   c. List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date 08/16/2015 | Place Los Angeles, CA | Status Visa B1/B2 | Date Status Expires 02/11/2016 |
|---|---|---|---|
| Date 08/02/2013 | Place Los Angeles, CA | Status Visa B1/B2 | |
| Date | Place | Status | |

| 19. What country issued your last passport or travel document?<br>Venezuela | 20. Passport Number 050777811<br>Travel Document Number | 21. Expiration Date (mm/dd/yyyy)<br>10/09/2016 |
|---|---|---|
| 22. What is your native language (include dialect, if applicable)?<br>spanish | 23. Are you fluent in English? ☐ Yes ☒ No | 24. What other languages do you speak fluently? |

| For EOIR use only. | For USCIS use only. | Action:<br>Interview Date: _____<br>Asylum Officer ID#: _____ | Decision:<br>Approval Date: _____<br>Denial Date: _____<br>Referral Date: _____ |
|---|---|---|---|

Form I-589 (Rev. 12/29/14) Y

## Part A.II. Information About Your Spouse and Children

Your spouse          ☐ I am not married. (Skip to Your Children below.)

| 1. Alien Registration Number (A-Number) (if any) N/A | 2. Passport/ID Card Number (if any) 052374954 | 3. Date of Birth (mm/dd/yyyy) 08/21/1972 | 4. U.S. Social Security Number (if any) N/A |
|---|---|---|---|
| 5. Complete Last Name Makhlouf De Tufic | 6. First Name Eman | 7. Middle Name | 8. Maiden Name Makhlouf De Tufic |
| 9. Date of Marriage (mm/dd/yyyy) 05/04/1994 | 10. Place of Marriage Cuidad Bolivar Venezuela | 11. City and Country of Birth Syria | |
| 12. Nationality (Citizenship) Venezuelan | 13. Race, Ethnic, or Tribal Group Hispanic | | 14. Gender ☐ Male  ☒ Female |

15. Is this person in the U.S.?  ☒ Yes (Complete Blocks 16 to 24.)   ☐ No (Specify location): _____

| 16. Place of last entry into the U.S. Los Angeles, California | 17. Date of last entry into the U.S. (mm/dd/yyyy) 08/16/2015 | 18. I-94 Number (if any) 71137319030 | 19. Status when last admitted (Visa type, if any) B1/B2 |
|---|---|---|---|
| 20. What is your spouse's current status? N/A | 21. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) 02/11/2016 | 22. Is your spouse in Immigration Court proceedings? ☐ Yes  ☒ No | 23. If previously in the U.S., date of previous arrival (mm/dd/yyyy) |

24. If in the U.S., is your spouse to be included in this application? (Check the appropriate box.)

☒ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

Your Children. List all of your children, regardless of age, location, or marital status.

☐ I do not have any children. (Skip to Part A.III., Information about your background.)

☒ I have children.   Total number of children: 3

(NOTE: Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)

| 1. Alien Registration Number (A-Number) (if any) none | 2. Passport/ID Card Number (if any) 055639071 | 3. Marital Status (Married, Single, Divorced, Widowed) Single | 4. U.S. Social Security Number (if any) N/A |
|---|---|---|---|
| 5. Complete Last Name Tufic Makhlouf | 6. First Name Alondra | 7. Middle Name Muna | 8. Date of Birth (mm/dd/yyyy) 08/21/1998 |
| 9. City and Country of Birth Cuidad Bolivar Venezuela | 10. Nationality (Citizenship) Venezuelan | 11. Race, Ethnic, or Tribal Group Hispanic | 12. Gender ☐ Male  ☒ Female |

13. Is this child in the U.S.?  ☒ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. Los Angeles, California | 15. Date of last entry into the U.S. (mm/dd/yyyy) 08/16/2015 | 16. I-94 Number (if any) 71137275030 | 17. Status when last admitted (Visa type, if any) B1/B2 |
|---|---|---|---|
| 18. What is your child's current status? N/A | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) 02/11/2016 | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☒ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)

☒ Yes (Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

2

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| none | 054910075 | Single | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Tufic Markhlouf | Vanessa | Eman | |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Venezuelan | Venezuelan | Hispanic | ☐ Male   ☒ Female |

**13. Is this child in the U.S.?** ☒ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (if any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| Los Angeles, California | 08/16/2015 | 71137284230 | B1/B2 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | 02/11/2016 | ☐ Yes   ☒ No |

**21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)**
☒ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| n/a | 054804902 | Single | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Tufic Markhlouf | Yoselin | Salam | 11/25/1996 |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Cuidad Bolivar Venezuela | Venezuelan | Hispanic | ☐ Male   ☒ Female |

**13. Is this child in the U.S.?** ☒ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (if any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| Los Angeles, California | 08/16/2015 | 71137240230 | B1/B2 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | 02/11/2016 | ☐ Yes   ☒ No |

**21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)**
☒ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| | | | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| | | | ☐ Male   ☐ Female |

**13. Is this child in the U.S.?** ☐ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (if any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes   ☐ No |

**21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)**
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

Form I-589 (Rev. 12/29/14) Y Page 3

3

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| Avenida Tachera quinta | Ciudad Bolivar | Estado bolivar | Venezuela | 09/1968 | 08/2015 |
| vigren milagriosla | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| Avenida Tachera Quinta | Ciudad Bolivar | Estado Boilvar | Venezuela | 09/1968 | 08/2015 |
| Virge Milagriosla | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| MARIA MONTESORRI | TRADITIONAL PRIVATE SCHOOL | CIUDAD BOLIVAR | 1973 | 1979 |
| CRISTO REY | CATOLICA | CIUDAD BOLIVAR | 1979 | 1980 |
| MIGUEL DE CERVANTES | HIGH SCHOOL | CIUDAD BOLIVAR | 1980 | 1985 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Mia 97.1 FM Calle Constitucion Cruce Con paseo | Radio program Owner | 01/2015 | 08/2015 |
| orinoco, edifico 1, planta alta local 1 | | | |
| | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Salam Ibrahim | Ciudad Bolivar | ☐ Deceased |
| *Father* Issa Tufic | Ciudad Bolivar | ☐ Deceased |
| *Sibling* Tagrid Tufi | Ciudad Bolivar | ☐ Deceased |
| *Sibling* Maja Tufic | Ciudad Bolivar | ☐ Deceased |
| *Sibling* Jesus Tufic | Ciudad Bolivar | ☐ Deceased |
| *Sibling* Amel Tufic | Ciudad Bolivar | ☐ Deceased |

4

## Part B. Information About Your Application

(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

| | | | |
|---|---|---|---|
| ☐ | Race | ☒ | Political opinion |
| ☐ | Religion | ☐ | Membership in a particular social group |
| ☐ | Nationality | ☒ | Torture Convention |

A.  Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

> I am the owner of radio programs in Bolivar City, under the name MIA 97.1 FM since 2010   I also sell air-time to various media programs such as " Explosions by Simon" which denounces the Maduro led government as a dictatorship which commits human rights violations to the Venezuelan people.  In 2015, as the government began to deteriorate from a political and economic sense, the government sought to silence any opposition. My radio program became a target of intense harassment and intimidation. Different government agencies requested excessive documentation of my ownership of the radio station and copies of permits that were given. Then the threatening phone calls started due our intense criticism of the Maduro led government. In the media business, disturbing phone calls are normal, but these phone calls were different. The phone calls had intimate knowledge of my wife and kids whereabouts.

B.  Do you fear harm or mistreatment if you return to your home country?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

> Yes, I fear that my life and the life of my family is endanger should I return to Venezuela. The Maduro Government will likely kill me or imprison me for being anti-maduro supporter. Currently anyone who opposes the current government is being killed during protests or die during torture.

5

## Part B: Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☒ No      ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No      ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

> I am a member of the Anti maduro political group. I do not hold any leadership position. I have
> been a member since 2010.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☒ No      ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No      ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> Maduro imprisons anyone who opposes his regime. There prisoners are fed feces for food. They
> are repeatedly beaten while being restrained. There are not given access to food, water, or
> medicine.

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☒ No      ☐ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☒ No      ☐ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☒ No      ☐ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No      ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

☒ No   ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

☐ No   ☒ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

> The country conditions in my country are unstable. There are daily protests that have left people dead or injured. I sought an L1 visa but once the conditions of my country got worse, I sought asylum.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No   ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| Write Your Name in Your Native Alphabet | Signature of Asylum Officer |

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| Write Your Name in Your Native Alphabet | Signature of Immigration Judge |

**Supplement A, Form I-589**

| A-Number *(If available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

### List All of Your Children, Regardless of Age or Marital Status
*(NOTE: Use this form and attach additional pages and documentation as needed, if you have more than four children)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

> Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name: | Write your name in your native alphabet. |
|---|---|
| JOSE ISSA TUFIC IBRAHIM | |

Did your spouse, parent, or child(ren) assist you in completing this application? ☒ No  ☐ Yes *(If "Yes," list the name and relationship.)*

| | | | |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☐ No  ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  ☒ No  ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

[ ~~Jose Tufic~~ ]
Sign your name so it all appears within the brackets

Date *(mm/dd/yyyy)*  06/27/2017

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| | Hermogenes Joaquin Jirau |

| Daytime Telephone Number | Address of Preparer: Street Number and Name | | |
|---|---|---|---|
| ( 305 ) 783-8778 | 13543 NW 8th Street | | |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| | Miami | Fl | 33182 |

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number (if available) | Date |
|---|---|
| n/a | 6-2?-1?? |
| Applicant's Name | Applicant's Signature |
| JOSE TUFIC | |

**NOTE:** *Use this as a continuation page for any additional information requested.  Copy and complete as needed.*

Part          B

Question   1-A

No name was ever given, and no phone number was ever provided.  Then, in order to operate the radio station the government would create new taxes and seek double taxation. The intent was clear, the government was applying pressure to stop transmitting the radio broadcast or close the means of communication. However, the health of Venezuela was at stake and the radio station continued its coverage of the abuses occurring in Venezuela.

In July 2015, armed men of the National Guard arrived at my radio station and wanted to speak to me.  A gun was pointed to me, and one to the Guard said, " a bullet to head would silence me for good." The guards made it clear they knew what I owned and where my kids go to school.  The guards left radio station.  My car had been vandalized that day. Tires were removed and the car window was shattered. When I got home there was a Knife sticking out from the door. I checked to see if there was a note left behind, but I could not find it.  I had connections in the police and I spoke to them regarding what transpired. I was told by a police officer that Maduro was imprisoning all people who directly opposed him.  As owner of the radio station that speaks against Maduro, If I went to the police, I would just be imprisoned as an enemy of the government. Then, I made arrangements for me and my family to leave to the United States to seek sanctuary.

12



**FROM**

US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
1501 BISCAYNE BLVD
SUITE 300
MIAMI, FL 33132

NAME: JOSE TUFIC IBRAHIM
A-NUMBER: 216067106 RCPT#: ZMI1700340000

DATE: 7/24/17
FORM: I-589

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 asylum application was received and is pending as of 7/21/17. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the above address. You will receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Bring to the interview 3 copies of documentary evidence of your relationship to those family members.

HERMOGENES JIRON
C/O LAW OFFICE OF JUAQUIN JIRON
13543 NW 8TH ST

MIAMI, FL 33182

**EXHIBIT B**



U.S. Department of Homeland Security
USCIS Miami Asylum Office
1501 Biscayne Blvd., Suite 300
Miami, FL 33132

**U.S. Citizenship and Immigration Services**

Date:    7/21/2023

JOSE TUFIC IBRAHIM
2651 BROOKESIDE DRIVE APT B
BAKERFIELD, CA 93311

Dear TUFIC IBRAHIM, JOSE

The Miami Asylum Office is in receipt of your request. Your attorney has been changed to reflect the G-28 submitted. We have received your AR11 and have updated your address accordingly. You are now under the jurisdiction of the San Francisco asylum office. Please ensure that you update any change of address within ten (10) business days of any change by going to www.uscis.gov/ar-11 and submitting an online request for change of address.

Sincerely,

Robert Driscoll, LAS

For Varsenik Papazian
Director
Miami Asylum Office

14